VERDIE HEATH JACKSON, By Her Next Friend, J. T. JACKSON, v.
J. W. BELL and MARVIN PORTER.

(Filed 16 September, 1931.)

**Appeal and Error J d—Burden is on appellant to overcome presumption
that judgment of lower court is correct.**

Upon plaintiff's appeal from a judgment as of nonsuit the burden is on
him to show error, and failing therein the judgment appealed from will
be affirmed by the Supreme Court.

APPEAL by plaintiff from *Grady, J.,* at June Term, 1931, of PASQUO-
TANK.

Civil action to recover damages for an alleged negligent injury caused
by a collision between two automobiles, one owned and operated by the
defendant Bell; the other owned by the defendant Porter and driven
at the time by Beverly Woolard. The plaintiff was a guest in the
Porter car.

There was a judgment of nonsuit entered in favor of the defendant
Porter, and a verdict of $5,000 rendered against the defendant Bell, who
has not appealed.

The plaintiff appeals from the judgment of nonsuit dismissing the
action as to the defendant Porter.

*Ehringhaus & Hall and M. B. Simpson for plaintiff.*
*Worth & Horner and Hughes, Little & Seawell for defendant Porter.*

PER CURIAM. Without detailing the evidence it is sufficient to say
that it falls short of making out a case against the defendant Porter.
At least, the appellant, who is required to handle the laboring oar, has
failed to overcome the presumption against error. *Bailey v. McKay,*
198 N. C., 638, 152 S. E., 893.

Affirmed.